```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Yanli Jia

   v.                                    Civil No. 12-cv-274-PB

Paul Sicard, et al.


**O R D E R**

On December 3, 2012, a preliminary pretrial conference was held in this case.  Plaintiff did not appear; Attorney Martha Van Oot appeared for defendants.

The court approves the defendants' proposed amended discovery plan (doc. no. 11).  The parties shall make Rule 26(a)(1) disclosures by January 2, 2012.  Trial is scheduled for the two-week period beginning February 4, 2014.

SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

December 3, 2012

cc:  Yanli Jia, pro se
     Martha Van Oot, Esq.